AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ANDREW GREGO and MARIA DOROSHCHUK,
individually and on behalf of all others similarly situated,

)
*Plaintiff* )
v. ) Civil Action No. 4:16-CV-5150-RMP
KADLEC REGIONAL MEDICAL CENTER, a )
Washington non-profit corporation, et al. )

*Defendant*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 29, 2017**

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant Kadlec's Motion for Summary Judgment (ECF No. 27) is GRANTED. The Cardon Defendants' Motion for Summary Judgment (ECF No. 32) is GRANTED. The Cardon Defendants' Motion for Judgment on the Pleadings (ECF No. 31) is DENIED AS MOOT. The Court dismisses all of Plaintiffs' claims against all Defendants with prejudice. Judgment is entered for the Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on motions for Summary Judgment (ECF Nos. 27 and 32) and for Judgment on the Pleadings (ECF No. 31).

Date: 12/29/2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*

Lennie Rasmussen